**No. 10-11137. Otis Parkes, Petitioner v. United States.**

565 U.S. 976, 132 S. Ct. 497, 181 L. Ed. 2d 346, 2011 U.S. LEXIS 7823.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-11143. Terrell Maurice Mars, Petitioner v. United States.**

565 U.S. 976, 132 S. Ct. 497, 181 L. Ed. 2d 346, 2011 U.S. LEXIS 7721.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 419 Fed. Appx. 913.

**No. 10-11193. Lisa Jo Chamberlin, Petitioner v. Mississippi.**

565 U.S. 976, 132 S. Ct. 497, 181 L. Ed. 2d 346, 2011 U.S. LEXIS 7887.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 55 So. 3d 1046.

**No. 10-11211. Kofi Kyei, Petitioner v. Oregon Department of Transportation, et al.**

565 U.S. 976, 132 S. Ct. 498, 181 L. Ed. 2d 346, 2011 U.S. LEXIS 7892.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-2. Stryker Corporation, et al., Petitioners v. Margaret J. Bausch.**

565 U.S. 976, 132 S. Ct. 498, 181 L. Ed. 2d 346, 2011 U.S. LEXIS 7909.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 630 F.3d 546.

**No. 11-80. Gila River Indian Community, Petitioner v. G. Grant Lyon.**

565 U.S. 976, 132 S. Ct. 498, 181 L. Ed. 2d 346, 2011 U.S. LEXIS 7722.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 626 F.3d 1059.

**No. 11-113. Avery Doninger, Petitioner v. Karissa Niehoff, et al.**

565 U.S. 976, 132 S. Ct. 499, 181 L. Ed. 2d 346, 2011 U.S. LEXIS 7814.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 642 F.3d 334.